IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02632-RPM

JOSEPH MCDOWELL and
SALLY MCDOWELL,

    Plaintiffs,

v.

DOUGLAS DIXON CPA, LLC, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF
ALEXANDER BLANE MALDONADO, DECEASED,

    Defendant.

---

ORDER SETTING TIME FOR FILING REVISED PROPOSED SCHEDULING ORDER

---

    At the February 18, 2011, scheduling conference, the Court directed counsel to submit a proposed scheduling order but did not set a time for such filing.  It is now

    ORDERED that counsel shall submit a revised proposed scheduling order directly to chambers by **4:00 p.m. on March 30, 2011.**

    Dated:   March 10th, 2011

                                       BY THE COURT:

                                       s/Richard P. Matsch

                                       _____
                                       Richard P. Matsch, Senior District Judge