IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02632-RPM

JOSEPH MCDOWELL and
SALLY MCDOWELL,

    Plaintiffs,

v.

DOUGLAS DIXON CPA, LLC, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF
ALEXANDER BLANE MALDONADO, DECEASED,

    Defendant.

---

ORDER FOR DISMISSAL

---

Pursuant to the Stipulation for Dismissal filed by the parties on June 27, 2011, it is

ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorney fees.

Dated:  June 28th, 2011

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge